JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>POLO A. LOPEZ,<br><br>               Defendant | No. CV A 10-9231<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Polo A. Lopez, in the principal amount of $2,633.70 plus interest accrued to November 30, 2010, in the sum of $3,540.24; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$6,173.94**.

DATED: 1/19/2011            By: TERRY NAFISI
                                          Clerk of the Court

                                          Deputy Clerk
                                    United States District Court